JAMAICA SAVINGS BANK, Appellant, v. JACOB J. GREENBAUM and Others, Defendants, and CHARLES I. H. GREENBAUM and MATILDA GREENBAUM, His Wife, SADIE GREENBAUM, Individually and as Administratrix, etc., of MORRIS L. GREENBAUM, Deceased, MILTON B. ROSENBLUME, as Guardian ad Litem for LILLIAN GREENBAUM and SEYMOUR GREENBAUM, Infants, etc., Respondents.— In an action to foreclose a mortgage, judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close,.JJ.

JOHN LEE, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— In an action brought to recover damages for personal injuries sustained by plaintiff as the result of a fall in one of defendant's trolley cars, alleged to have been caused by the sudden and violent stopping of the car, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

LUNDA MASSA, as Administrator, etc., of LOUIS H. MASSA, Deceased, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Action to recover pecuniary loss sustained by plaintiff by reason of the death of the intestate through the alleged negligence of the defendant in the operation of a trolley car. The issues were tried and submitted to the jury, which rendered a verdict in favor of the plaintiff. Defendant appeals. Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event. In our opinion the verdict is against the weight of the evidence. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

McGARRY CONTRACTING Co., INC., Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— In an action to recover an alleged unpaid balance on an agreement to dig for a foundation, order granting examination of the defendant by certain of its officers and employees affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES DEVITO, Appellant.— From a judgment of a Court of Special Sessions of the City of New York [Municipal Term], Borough of Brooklyn, held by a City Magistrate, convicting the defendant of violating section 139 of the Sanitary Code, defendant appeals. Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES SCHMIDT, Appellant.— Judgment of the [a] Court of Special Sessions of the City of New York [Municipal Term], Borough of Brooklyn, held by a City Magistrate, convicting the defendant of a violation of section 163 of the Sanitary Code of the City of New York, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CATHERINE CONLON, Petitioner, Respondent, v. MARTIN CONLON, Appellant, and MARGARET MULLANEY, Respondent.— Order denying motion to discharge respondent-appellant from the city prison, to which he has been committed for contempt in failing to comply with an order directing him to turn over custody of a child, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.